UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(7) VINCENT DUONG,<br><br>Defendant | Criminal No. 21-cr-10350-LTS<br><br>Violations:<br><br>Count One:<br>Conspiracy to Distribute and to Possess with Intent to Distribute 5 Grams or More of Methamphetamine<br>(21 U.S.C. § 846)<br><br>Count Two: Possession of a Firearm in Furtherance of a Drug Trafficking Offense<br>(18 U.S.C. § 924(c)(1)(A)(i))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853)<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)) |

SUPERSEDING INFORMATION

1

<u>COUNT ONE</u>
Conspiracy to Distribute and to Possess with Intent to Distribute
5 Grams or More of Methamphetamine
(21 U.S.C. § 846)

The United States Attorney charges:

From in or about March 2020 through in or about May 2021, in the District of Massachusetts, the District of New Hampshire, and the Northern District of California, the defendant,

(7) VINCENT DUONG,

conspired with other persons known and unknown to the United States Attorney, to knowingly and intentionally distribute and to possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 5 grams or more of methamphetamine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) is applicable to this Count.

It is further alleged that, with respect to Count One, 5 grams or more of methamphetamine, a Schedule II controlled substance, were reasonably foreseeable by (7) VINCENT DUONG.

Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(viii) is applicable to defendant (7) VINCENT DUONG.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
Possession of a Firearm in Furtherance of a Drug Trafficking Offense
(18 U.S.C. § 924(c)(1)(A)(i))

The United States Attorney further charges:

On or about March 12, 2021, in Randolph, in the District of Massachusetts, the defendant,

(7) VINCENT DUONG,

did knowingly possess a firearm, to wit: a Glock 44, 0.22-caliber handgun with serial number AEFX398, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, to wit: conspiracy to knowingly and intentionally distribute and to possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, as charged in Count One of this Superseding Information.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The United States Attorney further finds:

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 841(a)(1), set forth in Count One, the defendant,

(7) VINCENT DUONG,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

## FIREARM FORFEITURE ALLEGATION

(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The United States Attorney further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), set forth in Count Two, the defendant,

(7) VINCENT DUONG,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. a 0.22-caliber Glock 44 with serial number AEFX398;

   b. 0.22-caliber ammunition;

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendants --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

NADINE PELLEGRINI
AMANDA BECK
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS