# REQUEST FOR ADMINISTRATIVE REMEDY INFORMAL RESOLUTION FORM

Bureau of Prisons' Program Statement 1330.17, Administrative Remedy Procedures for Inmates, states, "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

**DATE ISSUED:** 7/16/24

**INFORMAL RESOLUTION NUMBER:**

Inmate's Name: Duong, Vincent     No: 78561-509     UNIT: E

**1. Specific Complaint:** As per the F.S.A LAW 18 U.S.C. 3632(D) AND 3624(G), I am eligible to earn F.S.A Time Credits for my offense code 841 AND 846. I would like to request for my F.S.A credits for my drug charge.

**2. Relief Requested:** Please allow & grant my F.S.A credits for my drug offense code 846 & 841.

**3. Date/Time Complaint Received From Inmate:** 7/16/24

**4. Date/Time Informally Discussed With Inmate:** 7/12/24

**5. Response From Staff:** ~~Can not handle at this level please fill out a BP-9~~ You have a 18:9a+c firearms charge - this makes you ineligible for FSA

**6. Informal Resolution was or was not accomplished.** ☐ WAS  ☒ WAS NOT

**7. Date Administrative Remedy Issued:** ___

Inmate's Signature/Reg. No.: 78561 509     Date: 7-16-24

Staff's Name/Title: [signature] c.o.     Date: 7/17/24

Unit Manager's Signature: Kay Newman for [signature]     Date: 7/23/24

Distribution: If the complaint is informally resolved, staff shall maintain the informal resolution form for future reference. If the complaint is not informally resolved, attach the original informal resolution form to the BP-9, and return the both to unit staff, who will forward to the Administrative Remedy Clerk.